IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TAVARES DOUGLAS HARRIS,

    Plaintiff,

v.

CHARLIE E. HELBERT, et al.,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-157

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(g) and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 9th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA