# United States District Court
## Southern District of Georgia

TAVARES DOUGLAS HARRIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 617- 157

CHARLIE E. HELBERT, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 9, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed without prejudice and Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

| | |
|---|---|
| 5/9/2018 | Scott L. Poff |
| Date | Clerk |
| | /s/ Jamie Hodge |
| | (By) Deputy Clerk |